**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|   |   |
|---|---|
| *In re*: | Chapter 11 |
|  | (Joint Administration Pending) |
| River City Renaissance, LC, & |  |
| River City Renaissance III, LC[1], |  |
|  |  |
| *Debtors*. | Case No. 14-34080-KLP |

**PROPOSED AGENDA FOR EXPEDITED HEARING ON "FIRST DAY MOTIONS"**

**I. INTRODUCTION**

In support of the relief sought in the following motions (collectively, the "First Day Motions"), the Debtors' refer to the recitation of facts contained in the Declaration of Joseph J. Luzinski (the "Luzinski Declaration"), filed with the Court on July 31, 2014. (ECF Doc. No. 7.)

**II. ADMINISTRATIVE MOTIONS**

A. Debtors' Motion For Expedited Hearing on "First Day Motions" & Motion Deeming Notice Expedited Hearings & "First Day Motions" Adequate And Appropriate
(ECF. Doc. Nos. 12, 13).

B. Debtors' Motion for Joint Administration
(ECF. Doc. No. 6.)

C. Debtors' Motion to Extend Time In Which To File Schedules, Lists, & SOFA
(ECF Doc. No. 9.)

---

[1] The final four digits of the federal tax ID numbers for River City Renaissance, LC and River City Renaissance III, LC, respectively, are 8910 and 8102.

Robert H. Chappell, III, Esq. (VSB No. 31698)
Neil E. McCullagh, Esq. (VSB No. 39027)
Jennifer J. West, Esq. (VSB No. 47522)
James K. Donaldson, Esq. (VSB No. 80307)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone:    (804) 697-2000
Facsimile:    (804) 697-2100
*Proposed Counsel for the Debtors & Debtors-In-Possession*

**III. CASH COLLATERAL MOTION**

D. Debtors' Motion for Entry of Interim Order Authorizing Use of Cash Collateral and Granting Adequate Protection
(ECF Doc. No. 11.)

**IV. SECTION 543(d) MOTION**

E. Debtors' Motion For Entry of Interim Order Excusing Compliance With §§ 543(a)-(b)
(ECF Doc. No. 10.)

DATED: July 31, 2014

                            RIVER CITY RENAISSANCE, LC
                            RIVER CITY RENAISSANCE III, LC

                            By: /s/ James K. Donaldson
                                 Proposed Counsel

Robert H. Chappell, III, Esq. (VSB No. 31698)
Neil E. McCullagh, Esq. (VSB No. 39027)
Jennifer J. West, Esq. (VSB No. 47522)
James K. Donaldson, Esq. (VSB No. 80307)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone:    (804) 697-2000
Facsimile:    (804) 697-2100
*Proposed Counsel for the Debtors & Debtors-In-Possession*