# United States Bankruptcy Court
### Eastern District of Virginia

In re: River City Renaissance, LC, Debtor

Case No. 14-34080-KLP

Chapter 11

## LIST OF EQUITY SECURITY HOLDERS
### of River City Renaissance, LC

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| River City Renaissance SCP, LC<br>307 Stockton Street<br>Richmond, VA 23224 | Member | 1.00% | Membership |
| River City Renaissance Tenant, LC<br>307 Stockton Street<br>Richmond, VA 23224 | Member | 5.00% | Membership |
| The Jefferson Investor Grp, LC<br>2716 Monument Ave.<br>Richmond, VA 23220 | Member | 93.5% | Membership |
| WJA, Inc.<br>307 Stockton Street<br>Richmond, VA 23224 | Member | 0.50% | Membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the proposed Liquidating Representative of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: August 12, 2014

Signature: /s/ Joseph J. Luzinski
Joseph J. Luzinski
Development Specialists, Inc.,
Proposed Debtors' Liquidating Representative

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

0  continuation sheets attached to List of Equity Security Holders