**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|  |  |
|---|---|
| *In re*:<br><br>River City Renaissance, LC, &<br>River City Renaissance III, LC,[1]<br><br>    *Debtors*. | Chapter 11<br>(Jointly Administered)<br><br><br><br>Case No. 14-34080-KLP |

**ORDER GRANTING DEBTORS' SECOND MOTION TO EXTEND EXCLUSIVE PERIODS WITHIN WHICH TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON**

This matter is before the Court on the Debtors' Second Motion To Extend Exclusive Periods Within Which To File A Chapter 11 Plan And Solicit Votes Thereon, filed with the Court on February 13, 2015 (the "Motion"[2]). The Court having reviewed the Motion and heard the statements of counsel regarding the same at a hearing before the Court (the "Hearing"), and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) notice of the Motion and the Hearing was sufficient under the circumstances and (d) cause, within the meaning of 11 U.S.C. § 1121, exists for the extension of the periods requested in the Motion; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

    **IT IS HEREBY ORDERED THAT**:

---

[1] The final four digits of the federal tax ID numbers for River City Renaissance, LC and River City Renaissance III, LC, respectively, are 8910 and 8102.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

Robert H. Chappell, III, Esq. (VSB No. 31698)
Neil E. McCullagh, Esq. (VSB No. 39027)
Jennifer J. West, Esq. (VSB No. 47522)
James K. Donaldson, Esq. (VSB No. 80307)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone:    (804) 697-2000
Facsimile:    (804) 697-2100
*Counsel for the Debtors & Debtors-In-Possession*

1. The Motion is GRANTED in all respects;

2. The Debtors exclusively shall have through and including June 26, 2015 to file a chapter 11 plan, during which time no other party in interest may file a chapter 11 plan.

3. The Debtors exclusively shall have through and including August 25, 2015 to solicit votes as to their chapter 11 plan, during which time no other party in interest may solicit votes as to a chapter 11 plan

4. This Order and the relief granted herein is without prejudiced to the Debtors' rights to seek further extensions of time as to the periods governed by 11 U.S.C. § 1121, and the Debtors' related rights are expressly reserved.

5. Any stay that would otherwise delay the effectiveness of this Order is hereby WAIVED, and this Order shall be effective immediately upon entry on the Court's docket.

6. This Court shall retain exclusive jurisdiction over any and all matters, disputes, or issues arising from or related to the implementation or interpretation of this Order.

DATED: Feb 25 2015

/s/ Keith L. Phillips
United States Bankruptcy Judge

ENTERED ON DOCKET: Mar 2 2015

*I Ask For This*:

/s/ James K. Donaldson
Robert H. Chappell, III, Esq. (VSB No. 31698)
Neil E. McCullagh, Esq. (VSB No. 39027)
Jennifer J. West, Esq. (VSB No. 47522)
James K. Donaldson, Esq. (VSB No. 80307)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone:     (804) 697-2000
Facsimile:      (804) 697-2100
*Counsel for the Debtors &*
*Debtors-In-Possession*

## CERTIFICATION

The undersigned certifies that the foregoing Order has been endorsed by or served on all necessary parties as required by Local Bankruptcy Rule 9022(C)(1).

February 23, 2015                            /s/ James K. Donaldson
 Date                                                   Counsel

**PARTIES TO RECEIVE COPIES**:

Robert H. Chappell, III, Esq.
Neil E. McCullagh, Esq.
Jennifer J. West, Esq.
James K. Donaldson, Esq.
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219

Robert B. Van Arsdale, Esquire
Office of the U.S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219